```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 08535
   PATRICIA C PERRY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1289

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/18/2006 and was confirmed 09/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.48%.

     The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG    13790.16            .00       13790.16
AMC MORTGAGE SERVICES    MORTGAGE ARRE    13806.98            .00            .00
ROSENTHAL & WATTS        NOTICE ONLY      NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         3241.14            .00            .00
CAPITAL ONE              UNSECURED          499.04            .00            .00
RAB INC                  NOTICE ONLY      NOT FILED           .00            .00
CHASE MORTGAGE SERVICES  UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER  UNSECURED          515.65            .00            .00
PFG OF MINNESOTA         NOTICE ONLY      NOT FILED           .00            .00
OSI COLLECTIONS          UNSECURED         1519.85            .00            .00
NATIONAL CAPITAL MANAGEM UNSECURED         7190.04            .00            .00
ARROW FINANCIAL SERVICES NOTICE ONLY      NOT FILED           .00            .00
B-LINE LLC               UNSECURED         4183.58            .00            .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED           .00            .00
WEST ASSET MANAGEMENT    NOTICE ONLY      NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED         6985.53            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          386.06            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY           369.80            .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED           89.90            .00            .00
TIMOTHY K LIOU           DEBTOR ATTY      1,051.20                           .00
TOM VAUGHN               TRUSTEE                                          838.84
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  14,629.00

PRIORITY                                              .00
SECURED                                         13,790.16
UNSECURED                                             .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08535 PATRICIA C PERRY
```

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             838.84
DEBTOR REFUND                                                       .00
                                        ---------------  ---------------
TOTALS                                        14,629.00        14,629.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/05/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE





                              PAGE   2
         CASE NO. 06 B 08535 PATRICIA C PERRY